

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2015

No. 04-14-00820-CV

Buddy **CASTEEL** and Jaret B. Casteel,
Appellants

v.

Amelia **STAYTON** and Ray Baugh,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2014-3228-DC
Honorable Watt Murrah, Judge Presiding

# O R D E R

This is an appeal from the trial court's order denying appellant's motion for temporary injunction entered prior to trial on November 17, 2014. In a related case, appellant filed an appeal from the trial court's final judgment entered on January 28, 2015. In that case, the trial court granted a new trial on its own motion on February 28, 2015. Therefore, this Court dismissed the appeal on March 25, 2015.

The underlying circumstances, passage of time and procedural posture of this appeal from the order denying temporary injunction create an issue whether this court's review is still needed or whether it is moot. Appellate courts cannot review a temporary injunction that has become moot, as any opinion would constitute an impermissible advisory opinion. *See Nat'l Collegiate Athletic Assoc. v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999); *Reagan Nat'l Adver. v. Vanderhoof Family Trust*, 82 S.W.3d 366, 371 (Tex. App.—Austin 2002, no pet.)(basis of temporary injunction was no longer at issue).

For this reason, appellant shall file a letter advisory on or before 10 days from the date of this order advising this court: (1) whether he still occupies the property at issue: (2) if appellant does occupy the subject property, whether such tenancy will continue until conclusion of the new trial, and; (3) if appellant does not occupy the subject property, whether any harm the injunction was intended to prevent, or any threat of a permanent loss of property that served as a basis for the injunction, is still an issue.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2015.



Keith E. Hottle
Clerk of Court